UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

Receipt # 28682

VIA MAIL

IN RE:
MAGALY ROSALES

CASE NO. 06-15121-BKC-

AUG -2 2010

BANKRUPTCY CT.
DIST. OF FLA.
MIAMI - OFFICE

CHAPTER 13

NOTICE OF DEPOSIT OF FUNDS WITH THE
U.S. BANKRUPTCY COURT CLERK

NOTICE IS HEREBY GIVEN THAT:

(XX) The trustee has a balance of $ 11.64 remaining in her bank account which represents unpresented checks drawn and mailed to debtor(s)/ creditor(s) in the above named case. Your trustee has made a good faith effort to verify the correct mailing address for said debtor(s)/Creditor(s) and deliver the funds before presenting this notice. More than sufficient time has passed for these checks to be presented for payment, or the creditor has returned funds indicating they refuse the funds.

( ) The trustee has a balance of $ .00 remaining in her bank account which represents small dividends as defined by FRBP 3010.

Attached and made a part of this notice is a list, pursuant to FRBP 3011, of the names, Claim numbers and addresses of the debtor(s)/creditor(s) and the amounts to which they are entitled.

WHEREFORE, your trustee hereby gives notice that the above stated sum has been deposited with the Clerk of the U. S. Bankruptcy Court, Southern District of Florida, to effect closing of this estate.

Date: JUL 3 0 2010

NANCY N. HERKERT
CHAPTER 13 TRUSTEE

Copies to

MAGALY ROSALES
3655 S.W. 24 ST.
MIAMI, FL 33145

DESIREE CALAS-JOHNSON, ESQ.
782 NW 42 AVENUE
SUITE 447
MIAMI, FL 33126

SUPRA TELECOM
POB 105226
ATLANTA, GA 30348-5226

U.S. Trustee
51 S. W. 1st Avenue
Miami, Florida 33130

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

IN RE:                                    CASE NO.   06-15121-BKC-
MAGALY ROSALES


                                          CHAPTER 13


MAGALY ROSALES

3655 S.W. 24 ST.
MIAMI, FL 33145


DESIREE CALAS-JOHNSON, ESQ.
782 NW 42 AVENUE
SUITE 447
MIAMI, FL 33126

SUPRA TELECOM             ---------$          11.64
POB 105226
ATLANTA, GA 30348-5226

                                    UNDELIVERABLE/STALE
                                    CLAIM REGISTER# 7

U.S. Trustee
51 S.W. 1st Avenue
Miami, Florida 33130